| DEPARTMENT OF HOMELAND SECURITY<br>U.S. CUSTOMS AND BORDER PROTECTION<br>NOTICE OF PENALTY OR LIQUIDATED DAMAGES INCURRED<br>AND DEMAND FOR PAYMENT<br>19 USC 1618 AND 19 USC 1623 | Case Number<br>2021012230015001 |
|---|---|
| | Port Code and Name<br>0122 JONESPORT |
| | 22370287500 |
| TO: AMERICAN SEAFOODS COMPANY LLC<br>2025 1ST AVE STE 900<br>SEATTLE, WA 98121-2154 | |

Demand is hereby made for payment of $3,582,780.03, representing ☑ Penalties ☐ Liquidated damages assessed against you for violation of law or regulation, or breach of bond, as set forth below:

On 09/23/2019, the vessel Star Standard with country of flagging SINGAPORE, which is not documented for the coastwise trade, engaged in the transportation of the following merchandise Frozen Seafood between ANCHORAGE where the merchandise was laden and CALAIS where it was unladen, both points in the United States. You are liable for a civil monetary penalty for this activity equal to the value of the merchandise transported or the value of the transportation, whichever is greater.

The subject merchandise was originally laden onto a non-coastwise qualified vessel at Dutch Harbor, Alaska, United States; shipped by the non-coastwise qualified vessel to Bayside, New Brunswick, Canada; and subsequently transported to Calais, Maine, United States. Both Dutch Harbor and Calais are points embraced within the coastwise laws of the United States. Accordingly, as the shipper in this case, you transported or caused the transportation of merchandise between coastwise points in the United States by way of a foreign port in violation of 46 U.S.C. § 55102 and 19 C.F.R. § 4.80. The violation date noted above is the first date the merchandise was entered at the port of Calais, Maine. The penalty amount represents the appraised value of the merchandise. Original documents should be mailed to the address indicated below. You may also contact CBP regarding this notice at portlandmainejonesact@cbp.dhs.gov. 1902 31-2.

| LAW OR REGULATION VIOLATED | BOND BREACHED |
|---|---|
| 46 USC 55102, 19 CFR 4.80(b), 19 CFR 113.64 | Bond Activity Type: 3<br>Bond #: 9912MI825 |

| Description of Bond<br>International Carrier | Bond Type<br>8 | Amount<br>$50000.00 | Bond Effective Date<br>09/05/2012 |
|---|---|---|---|

| Name and Address of Principal on Bond<br>AMERICAN SEAFOODS COMPANY LLC<br>2025 1ST AVE STE 900<br>SEATTLE, WA 98121-2154 | |
|---|---|
| Name and Address of Surety on Bond<br>WESTCHESTER FIRE INSURANCE CO.<br>6 MILL RIDGE LN<br>CHESTER, NJ 07930-2486 | Surety Identification No<br>897 |

CBP Form 5955A (01/15)

EXHIBIT 11
Page 1 of 2

| DEPARTMENT OF HOMELAND SECURITY<br>U.S. CUSTOMS AND BORDER PROTECTION<br>NOTICE OF PENALTY OR LIQUIDATED DAMAGES INCURRED<br>AND DEMAND FOR PAYMENT<br>19 USC 1618 AND 19 USC 1623 | Case Number<br>2021012230015001 |
|---|---|
| | Port Code and Name<br>0122 JONESPORT |
| | 22370287500 |
| TO: AMERICAN SEAFOODS COMPANY LLC<br>2025 1ST AVE STE 900<br>SEATTLE, WA 98121-2154 | |

If you feel there are extenuating circumstances, you have the right to object to the above action. Your petition should explain why you should not be penalized for the cited violation. Write the petition as a letter or in legal form; submit in duplicate, addressed to the Fines, Penalties and Forfeitures Officer at: FPF OFFICE, 155 GANNETT DRIVE, RM 55, SOUTH PORTLAND, ME 04106-4110.

| | TIME LIMIT FOR PAYMENT OR FILING PETITION FOR RELIEF |
|---|---|
| Unless the amount herein demanded is paid or a petition for relief is filed with the FP&F officer within the indicated time limit, further action will be taken in connection with your bond or the matter will be referred to the Justice Department. Payment may be made through pay.gov or by remitting to the address above. Any partial payments will not be considered an accord and satisfaction of the claim. | 60 days from the date of this notice |

| Signature<br>WILLIAM POLICANO | Title<br>FPF Officer (207) 771-3600 | Date<br>08/11/2021 |

CBP Form 5955A (01/15)