David Karl Gross, ABA #9611065
Birch Horton Bittner & Cherot
510 L Street, Suite 700
Anchorage, Alaska 99501
Telephone: 907.276.1550
dgross@bhb.com

Edward E. McNally, ABA #9203003
Marc E. Kasowitz *(Pro Hac Vice To Be Filed)*
Hector Torres *(Pro Hac Vice To Be Filed)*
Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019
Telephone: 212.506.1700
emcnally@kasowitz.com
mkasowitz@kasowitz.com
htorres@kasowitz.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KLOOSTERBOER INTERNATIONAL FORWARDING LLC and ALASKA REEFER MANAGEMENT LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. CUSTOMS AND BORDER PROTECTION, and TROY A. MILLER, U.S. Customs and Border Protection Acting Commissioner, in his official capacity, <br><br> Defendants. | Case No.: 3:21-cv-_____ (____) |

KLOOSTERBOER V. UNITED STATES OF AMERICA, ET AL.    CASE NO. 3:21-cv-_____ (____)
DECLARATION OF JAMES C. JOHNSON                                       PAGE 1 OF 4

Case 3:21-cv-00198-SLG   Document 12   Filed 09/02/21   Page 1 of 4

# DECLARATION OF JAMES C. JOHNSON

Pursuant to 28 U.S.C. § 1746, I, James C. Johnson, declare as follows:

1. I am the President of Glacier Fish Company, LLC ("GFC"). GFC owns and operates the U.S. flagged catcher processor vessels ALASKA OCEAN and NORTHERN GLACIER in Alaska. Since its founding in 1982 by a group of immigrant fishing families, GFC has operated continuously, and today has significant Alaskan ownership.

2. The vessel ALASKA OCEAN harvests Alaska pollock in the Bering Sea and processes and freezes its catch for domestic use and export into fillet products, mince, surimi, fishmeal and fish oil. Our company has maintained a strong customer base on the East Coast United States since the founding of the company, serving retail, food service and quick service restaurant markets in the United States. The vessel NORTHERN GLACIER produces headed and gutted products, which historically have been primarily for export to Asia for further processing, but more recently we have increased shipments to the East Coast United States for U.S. domestic processing for serving U.S. restaurant and retail consumers.

3. In order to get the frozen seafood products to our customers on the East Coast United States, we contract with Plaintiffs to provide transportation and logistics services. We contract with Plaintiffs for these transportation services with the expectation that they are being provided in accordance with all applicable laws.
KLOOSTERBOER V. UNITED STATES OF AMERICA, ET AL.    CASE NO. 3:21-cv-_____(____)
DECLARATION OF JAMES C. JOHNSON                     PAGE 2 OF 4

Case 3:21-cv-00198-SLG   Document 12   Filed 09/02/21   Page 2 of 4

4. U.S. Customs and Border Protection ("CBP") recently issued penalty notices to GFC alleging that GFC violated the Jones Act in connection with Plaintiffs' shipment of our frozen seafood products to the East Coast United States. I understand that penalty notices have also been issued to Plaintiffs and to other companies that use the transportation services offered by Plaintiffs.

5. As a result of CBP's penalty notices and the interruption of the transportation services provided by Plaintiffs, GFC is facing substantial harm to our business and reputation. We currently have significant quantities of frozen products remaining in cold storage in Bayside, New Brunswick, Canada pending shipment to our domestic customers in the Eastern United States, which cannot be shipped into the United States without exposing GFC to the risk of additional CBP penalties and/or seizure of the products. CBP's penalty notices have also necessitated that we find alternative refrigerated transportation for our products currently held in Alaska cold storage facilities and for future shipments of domestic-bound products. We have concerns whether potential alternative arrangements in total will be adequate to support the entirety of the displaced cargo and may negatively impact GFC through significantly delayed transit times, increased handling, decreased service quality, and higher costs.

KLOOSTERBOER V. UNITED STATES OF AMERICA, ET AL.     CASE NO. 3:21-cv-_____ (____)
DECLARATION OF JAMES C. JOHNSON     PAGE 3 OF 4

Case 3:21-cv-00198-SLG   Document 12   Filed 09/02/21   Page 3 of 4

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Seattle, Washington
September 1, 2021

_____
James C. Johnson

KLOOSTERBOER V. UNITED STATES OF AMERICA, ET AL.  CASE NO. 3:21-cv-_____ (___)
DECLARATION OF JAMES C. JOHNSON                                  PAGE 4 OF 4

Case 3:21-cv-00198-SLG   Document 12   Filed 09/02/21   Page 4 of 4