IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KLOOSTERBOER INTERNATIONAL FORWARDING LLC and ALASKA REEFER MANAGEMENT LLC,<br><br>    Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. CUSTOMS AND BORDER PROTECTION, and TROY A. MILLER, U.S. Customs and Border Protection Acting Commissioner, in his official capacity,<br><br>    Defendants. | Case No.: 3:21-cv-00198 (SLG) |

## **ORDER GRANTING EXPEDITED CONSIDERATION**

Upon due consideration of Plaintiffs' Motion for Expedited Consideration of their Motion for Temporary Restraining Order and Preliminary Injunction, and good cause being shown,

IT IS ORDERED that the motion for expedited consideration is hereby GRANTED.

Defendants shall have until September 10, 2021 in which to file an opposition, if any, to Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction.

Plaintiffs shall have until September 14, 2021 in which to file any Reply.

KLOOSTERBOER V. UNITED STATES OF AMERICA, ET AL.    CASE NO. 3:21-cv-00198 (SLG)
ORDER GRANTING EXPEDITED CONSIDERATION    PAGE 1 OF 2
01118855.DOCX

A telephonic or vidoetelephonic hearing on the motion for injunctive relief shall be scheduled for on or about September 17, 2021, by separate order.

Plaintiffs shall promptly serve a copy of this order on Defendants and their respective general counsel's office, as well as the US Attorney's Office for the District of Alaska, by e-mail and by overnight mail, which shall be deemed good and sufficient service of this order, and shall file proof of such service, including the time of such service, with the Court.

DATED this 3rd day of September, 2021, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
Sharon L. Gleason
U.S. District Court Judge

KLOOSTERBOER V. UNITED STATES OF AMERICA, ET AL.  CASE NO. 3:21-cv-00198 (SLG)
ORDER GRANTING EXPEDITED CONSIDERATION  PAGE 2 OF 2
01118855.DOCX