







11:42
◀ Messages

× More Videos

**Comments** Done

**View previous comments...**

**Rodney Scott**
Always wondered what that was for
5y 1 👍

**Brian Golding**
The wording in the treaty states the fish has to travel "just so far" by train before it can be hauled stateside...and apparently a couple hundred feet is just far enough lol
5y

**Jody Knowles**
Sure as hell beats the days we had to sit around macadam and saint john all day.
5y 3 👍

**Roy Gilmore**
Exactly Jody boys got it easy now lol no more late train
5y 2 👍

**Tony Steeves**
So u just load o. The train, go 200yards and get back off and go trucking... Crazy
5y 2 👍

**Brian Golding**
Yep its a headshaker but just becomes part of the routine after a while lol
5y

**Kloosterboer Bayside**
Oct 16, 2017

BCR – Bayside Canadian Railway. BAYSIDE, NB.



 6

2 Shares   353 Views