David Karl Gross, ABA #9611065
Birch Horton Bittner & Cherot
510 L Street, Suite 700
Anchorage, Alaska 99501
Telephone: 907.276.1550
dgross@bhb.com

Edward E. McNally, ABA #9203003
Marc E. Kasowitz *(Admitted Pro Hac Vice)*
Hector Torres *(Admitted Pro Hac Vice)*
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
Telephone: 212.542.4757
emcnally@kasowitz.com
mkasowitz@kasowitz.com
htorres@kasowitz.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KLOOSTERBOER INTERNATIONAL FORWARDING LLC and ALASKA REEFER MANAGEMENT LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES OF AMERICA, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. CUSTOMS AND BORDER PROTECTION, and TROY A. MILLER, U.S. Customs and Border Protection Acting Commissioner, in his official capacity, <br><br> Defendants. | Case No.: 3:21-cv-00198-SLG |

KLOOSTERBOER V. UNITED STATES OF AMERICA, ET AL.  CASE NO. 3:21-cv-00198-SLG
DECLARATION OF JENNIFER ADAMSKI - TABLE OF CONTENTS  PAGE 1 OF 2

Case 3:21-cv-00198-SLG   Document 48-1   Filed 09/14/21   Page 1 of 2

## TABLE OF CONTENTS

Kloosterboer International Forwarding LLC ("KIF") provides the following index to the exhibits attached to this Declaration of Jennifer Adamski in further support of Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction:

| | | |
|---|---|---|
| Exhibit 1 | | Notices of Penalties issued to KIF's cold storage partners. |
| Exhibit 2 | | Notices of Penalties issued to the owner of a non-coastwise vessel. |
| Exhibit 3 | | Redacted Notices of Penalties issued to KIF's shipper-customers. |
| Exhibit 4 | | Redacted Notices of Penalties issued to KIF's third-party trucking partners. |
| Exhibit 5 | | Notice of Penalty issued to KIF. |

KLOOSTERBOER V. UNITED STATES OF AMERICA, ET AL.　　　　CASE NO. 3:21-cv-00198-SLG
DECLARATION OF JENNIFER ADAMSKI - TABLE OF CONTENTS　　　　PAGE 2 OF 2

Case 3:21-cv-00198-SLG   Document 48-1   Filed 09/14/21   Page 2 of 2