David Karl Gross, ABA #9611065
Birch Horton Bittner & Cherot
510 L Street, Suite 700
Anchorage, AK 99501
Telephone: 907.276.1550
dgross@bhb.com

Edward E. McNally, ABA #9203003
Marc E. Kasowitz *(Pro Hac Vice)*
David J. Abrams *(Pro Hac Vice)*
David E. Ross *(Pro Hac Vice)*
Hector Torres (Pro Hac Vice)
Kim Conroy *(Pro Hac Vice)*
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
Telephone: 212.542.4757
emcnally@kasowitz.com
mkasowitz@kasowitz.com
dabrams@kasowitz.com
dross@kasowitz.com
htorres@kasowitz.com
kconroy@kasowitz.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KLOOSTERBOER INTERNATIONAL FORWARDING LLC and ALASKA REEFER MANAGEMENT LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S.A., U.S. DEPT. OF HOMELAND SECURITY, U.S. CUSTOMS AND BORDER PROTECTION, and TROY A. MILLER, Acting Commissioner,<br><br>Defendants. | Case No.: 3:21-cv-00198 (SLG) |

## REPLY DECLARATION OF DAVID KARL GROSS

Pursuant to 28 U.S.C. § 1746, I hereby declare as follows:

1. I am a partner at Birch Horton Bittner & Cherot, counsel to Plaintiffs, and am duly admitted in this court. I make this Declaration in support of Plaintiffs' Reply Memorandum of Law in Further Support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction.

2. Attached hereto as **EXHIBIT 1** is a true and correct copy of CBP Headquarters Ruling Letter 116021, dated January 21, 2004.

3. Attached hereto as **EXHIBIT 2** is a true and correct copy of CBP Headquarters Ruling Letter 105604, dated April 30, 1982.

4. Attached hereto as **EXHIBIT 3** is a true and correct copy of a CBP Delegation Order and Attached Guidance, dated April 2021.

Dated: September 14, 2021

BIRCH HORTON BITTNER & CHEROT

/s/ David Karl Gross
David Karl Gross, ABA #9611065