E. BRYAN WILSON
Acting United States Attorney

SETH M. BEAUSANG
Assistant U.S. Attorney
U.S. Attorney's Office, District of Alaska
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: Seth.Beausang@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KLOOSTERBOER INTERNATIONAL FORWARDING LLC and ALASKA REEFER MANAGEMENT LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. CUSTOMS AND BORDER PROTECTION, and TROY A. MILLER, U.S. Customs and Border Protection Acting Commissioner, in his official capacity,<br><br>Defendants. | Case No. 3:21-cv-00198-SLG<br><br>**UNITED STATES' RESPONSE TO DKT. 59** |

COMES NOW, the United States of America, by and through undersigned counsel, to respond to the filing by Plaintiffs today at Dkt. 59:

In their filing today, Plaintiffs have submitted new evidence in the form of a Declaration of M. Christy McManus, dated September 17, 2021, and a new proposed order "which has been revised for purposes of clarity in scope." [Dkt. 59 at 1-2]

The United States does not view the McManus declaration or revised proposed order as timely or material, and therefore the Government does not intend to respond to Plaintiffs' filing unless the Court believes that would be helpful, in which case the Government will provide a response as directed (likely tomorrow, given the many pertinent CBP personnel working in the Eastern Time Zone). The United States stands ready to respond as directed by the Court.

RESPECTFULLY SUBMITTED this 20th day of September 2021, in Anchorage, Alaska.

E. BRYAN WILSON
Acting United States Attorney

s/ Seth M. Beausang
Assistant U.S. Attorney
Attorney for the Defendant

Kloosterboer v. United States, et al.
Case No. 3:21-cv-00198-SLG   Page 2 of 3

**CERTIFICATE OF SERVICE**
I hereby certify that on September 20, 2021,
a copy of the foregoing was served electronically on:

David Karl Gross, ABA #9611065
Edward E. McNally, ABA #9203003
Marc E. Kasowitz *(Pro Hac Vice)*
David J. Abrams *(Pro Hac Vice)*
David E. Ross *(Pro Hac Vice)*
Hector Torres (Pro Hac Vice)
Kim Conroy *(Pro Hac Vice)*
Attorneys for Plaintiffs

s/ Seth M. Beausang
Office of the U.S. Attorney

Kloosterboer v. United States, et al.
Case No. 3:21-cv-00198-SLG   Page 3 of 3

Case 3:21-cv-00198-SLG   Document 60   Filed 09/20/21   Page 3 of 3