David Karl Gross, ABA #9611065
Birch Horton Bittner & Cherot
510 L Street, Suite 700
Anchorage, AK 99501
Telephone: 907.276.1550
dgross@bhb.com

Edward E. McNally, ABA #9203003
Marc E. Kasowitz *(Pro Hac Vice)*
David J. Abrams *(Pro Hac Vice)*
David E. Ross *(Pro Hac Vice)*
Hector Torres (Pro Hac Vice)
Kim Conroy *(Pro Hac Vice)*
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
Telephone: 212.542.4757
emcnally@kasowitz.com
mkasowitz@kasowitz.com
dabrams@kasowitz.com
dross@kasowitz.com
htorres@kasowitz.com
kconroy@kasowitz.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KLOOSTERBOER INTERNATIONAL FORWARDING LLC and ALASKA REEFER MANAGEMENT LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S.A., U.S. DEPT. OF HOMELAND SECURITY, U.S. CUSTOMS AND BORDER PROTECTION, and TROY A. MILLER, Acting Commissioner,<br><br>Defendants. | Case No.: 3:21-cv-00198 (SLG) |

KLOOSTERBOER V. UNITED STATES OF AMERICA, ET AL.        CASE NO. 3:21-cv-00198 (SLG)
DECLARATION OF SERVICE                                                               PAGE 1 OF 3
01127492.DOCX

Case 3:21-cv-00198-SLG   Document 63   Filed 09/28/21   Page 1 of 7

# DECLARATION OF SERVICE

STATE OF ALASKA            )
                           ) ss:
Third Judicial District    )

The undersigned, David Karl Gross, being first duly sworn on oath, depose and state as follows:

1. I am attorney of record for Plaintiffs in the above-captioned action.

2. Service of the Complaint, Summons and Notice of Judicial Assignment, Motion for Temporary Restraining Order and Preliminary Injunction, Motion to File Overlength Memorandum, and Motion for Expedited Consideration, was effected via personal service on Bryan Wilson, U.S. Attorney, for Defendants the United States of America, U.S. Department of Homeland Security, U.S. Customs & Border Protection, and Troy A. Miller, on September 3, 2021. Copies of the Returns of Service are attached.

FURTHER YOUR DECLARANT SAYETH NAUGHT.

BIRCH HORTON BITTNER & CHEROT
Attorneys for Plaintiffs

By: /s/ David Karl Gross
David Karl Gross, ABA #9611065

KLOOSTERBOER V. UNITED STATES OF AMERICA, ET AL.  CASE NO. 3:21-cv-00198 (SLG)
DECLARATION OF SERVICE                            PAGE 2 OF 3
01127492.DOCX

Case 3:21-cv-00198-SLG   Document 63   Filed 09/28/21   Page 2 of 7

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 28th day of September, 2021 a true and correct copy of the foregoing was served via the Court's CM/ECF electronic filing system, on the following:

Seth M. Beausang, Asst. U.S. Attorney
Christine Dollerhide, Asst. U.S. Attorney
U.S. Attorney's Office
seth.beausang@usdoj.gov
christine.dollerhide@usdoj.gov

BIRCH HORTON BITTNER & CHEROT

By: /s/ David Karl Gross

KLOOSTERBOER V. UNITED STATES OF AMERICA, ET AL.
DECLARATION OF SERVICE
01127492.DOCX

CASE NO. 3:21-cv-00198 (SLG)
PAGE 3 OF 3

Case 3:21-cv-00198-SLG   Document 63   Filed 09/28/21   Page 3 of 7

IN THE DISTRICT COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT, AT ANCHORAGE

KLOOSTERBOER INT'L FORWARDING LLC, ET. AL., )
)
)
-VS- ) Plaintiff(s)
)
USA, ET. AL., )
)
) **RETURN OF SERVICE**
)
)
Defendant(s) )

Case No: 3:21-CV-00198-SLG

I certify that on Friday, September 3, 2021 at 1:45 PM I served the following documents
SUMMONS, COMPLAINT, MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, MOTION TO FILE OVERLENGTH MEMORANDUM, MOTION FOR EXPEDITED CONSIDERATION

on the therein named UNITED STATES OF AMERICA

at 222 W 7TH AVE. RM. 253 in Anchorage, Alaska by leaving a true and correct copy with
BRYAN WILSON, U. S. ATTORNEY

Process Server / GABRIELLE IDE

SUBSCRIBED AND SWORN to me this day of Friday, September 3, 2021

Notary Public in and for the State of Alaska
My Commission Expires: 2/16/25

Attorney: BIRCH, HORTON, BITTNER & CHEROT
510 L. STREET #700
ANCHORAGE, AK. 99501

Attention: TRINA

File No:

Service Fee: $45.00 RULE 11(a)(1)(ii)
Mileage: RULE 11(a)(7)
Endeavor:
Endeavor:

Total: $45.00 (Invoice) No: 103653

(SEAL) T. IDE NOTARY PUBLIC STATE OF ALASKA

Attorneys Process Service
645 G Street Ste 100 PMB 585
Anchorage, AK. 99501
Phone (907) 276-2237

IN THE U.S. DISTRICT COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT, AT ANCHORAGE

KLOOSTERBOER INT'L FORWARDING LLC, ET. AL., )
)
)
)
-VS-  Plaintiff(s) )
USA, ET. AL., )
) **RETURN OF SERVICE**
)
)
Defendant(s) )

Case No: 3:21-CV-00198-SLG

I certify that on Friday, September 3, 2021 at 1:45 PM I served the following documents
SUMMONS, COMPLAINT, MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, MOTION TO FILE OVERLENGTH MEMORANDUM, MOTION FOR EXPEDITED CONSIDERATION

on the therein named U.S. DEPARTMENT OF HOMELAND SECURITY
at 222 W 7TH AVE. RM. 253 in Anchorage, Alaska by leaving a true and correct copy with
BRYAN WILSON, U. S. ATTORNEY

_____
Process Server / GABRIELLE IDE

SUBSCRIBED AND SWORN to me this day of Friday, September 3, 2021

_____
Notary Public in and for the State of Alaska
My Commission Expires: 2/16/25

Attorney: BIRCH, HORTON, BITTNER & CHEROT
510 L. STREET #700
ANCHORAGE, AK. 99501

Attention: TRINA
File No:
Service Fee: $45.00  RULE 11(a)(1)(ii)
Mileage: $20.00  RULE 11(a)(7)
Endeavor:
Endeavor:
Total: $65.00  (Invoice) No: 103650

(SEAL)

T. IDE
NOTARY
PUBLIC
STATE OF ALASKA

Attorneys Process Service
645 G Street Ste 100 PMB 585
Anchorage, AK. 99501
Phone (907) 276-2237

IN THE U.S. DISTRICT COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT, AT ANCHORAGE

KLOOSTERBOER INT'L FORWARDING LLC, ET. AL.,

-VS- Plaintiff(s)

USA, ET. AL.,

Defendant(s)

**RETURN OF SERVICE**

Case No: 3:21-CV-00198-SLG

I certify that on Friday, September 3, 2021 at 1:45 PM I served the following documents
SUMMONS, COMPLAINT, MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, MOTION TO FILE OVERLENGTH MEMORANDUM, MOTION FOR EXPEDITED CONSIDERATION

on the therein named U.S. CUSTOMS & BORDER PROTECTION

at 222 W 7TH AVE. RM. 253 in Anchorage, Alaska by leaving a true and correct copy with BRYAN WILSON, U. S. ATTORNEY

Process Server / GABRIELLE IDE

SUBSCRIBED AND SWORN to me this day of Friday, September 3, 2021

Notary Public in and for the State of Alaska
My Commission Expires: 2/16/25

(SEAL)

Attorney: BIRCH, HORTON, BITTNER & CHEROT
510 L. STREET #700
ANCHORAGE, AK. 99501

Attention: TRINA

File No:

Service Fee: $45.00 RULE 11(a)(1)(ii)
Mileage: $20.00 RULE 11(a)(7)
Endeavor:
Endeavor:

Total: $65.00 (Invoice) No: 103651

Attorneys Process Service
645 G Street Ste 100 PMB 585
Anchorage, AK. 99501
Phone (907) 276-2237

IN THE U.S. DISTRICT COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT, AT ANCHORAGE

KLOOSTERBOER INT'L FORWARDING LLC, ET. AL.,

-VS-

USA, ET. AL.,

Plaintiff(s)

Defendant(s)

**RETURN OF SERVICE**

Case No: 3:21-CV-00198-SLG

I certify that on Friday, September 3, 2021 at 1:45 PM I served the following documents
SUMMONS, COMPLAINT, MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, MOTION TO FILE OVERLENGTH MEMORANDUM, MOTION FOR EXPEDITED CONSIDERATION

on the therein named TROY A. MILLER, ACTING COMMISSIONER

at 222 W 7TH AVE. RM. 253 in Anchorage, Alaska by leaving a true and correct copy with
BRYAN WILSON, U. S. ATTORNEY

Process Server / GABRIELLE IDE

SUBSCRIBED AND SWORN to me this day of Friday, September 3, 2021

Notary Public in and for the State of Alaska
My Commission Expires: 2/10/25

Attorney: BIRCH, HORTON, BITTNER & CHEROT
510 L. STREET #700
ANCHORAGE, AK. 99501

Attention: TRINA

File No:

Service Fee: $45.00 RULE 11(a)(1)(ii)
Mileage: RULE 11(a)(7)
Endeavor:
Endeavor:

Total: $45.00 (Invoice) No: 103652

T. IDE
NOTARY PUBLIC
STATE OF ALASKA
(SEAL)

Attorneys Process Service
645 G Street Ste 100 PMB 585
Anchorage, AK. 99501
Phone (907) 276-2237