# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KLOOSTERBOER INTERNATIONAL FORWARDING LLC, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | Case No. 3:21-cv-00198-SLG |

## ORDER REQUESTING RESPONSE TO DEFENDANTS' MOTION FOR RECONSIDERATION

Defendants filed a Motion for Reconsideration at Docket 99. Pursuant to Local Civil Rule 7.3(h)(3), Plaintiffs are requested to file a response to the motion, not exceeding five pages, within **seven days** of the entry of this order.

DATED this 18th day of October, 2021 at Anchorage, Alaska.

                                                             */s/ Sharon L. Gleason*
                                                             UNITED STATES DISTRICT JUDGE