David Karl Gross, ABA #9611065
Birch Horton Bittner & Cherot
510 L Street, Suite 700
Anchorage, AK  99501
Telephone:  907.276.1550
dgross@bhb.com

Edward E. McNally, ABA #9203003
Marc E. Kasowitz *(Pro Hac Vice)*
Hector Torres (*Pro Hac Vice*)
David J. Abrams *(Pro Hac Vice)*
Kim Conroy *(Pro Hac Vice)*
David E. Ross (*Pro Hac Vice*)
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY  10019
Telephone:  212.506.1700
emcnally@kasowitz.com
mkasowitz@kasowitz.com
htorres@kasowitz.com
dabrams@kasowitz.com
kconroy@kasowitz.com
dross@kasowitz.com         Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KLOOSTERBOER INTERNATIONAL FORWARDING LLC and ALASKA REEFER MANAGEMENT LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>U.S.A., U.S. DEPT. OF HOMELAND SECURITY, U.S. CUSTOMS AND BORDER PROTECTION, and TROY A. MILLER, Acting Commissioner,<br><br>Defendants. | Case No.: 3:21-cv-00198 (SLG) |

KLOOSTERBOER V. UNITED STATES OF AMERICA, ET AL.            CASE NO. 3:21-cv-00198 (SLG)
ORDER GRANTING MOTION FOR CLARIFICATION                                       PAGE 1 OF 2
01145476.DOCX

Case 3:21-cv-00198-SLG   Document 109-1   Filed 11/22/21   Page 1 of 2

# [PROPOSED] ORDER GRANTING MOTION FOR CLARIFICATION

Upon due consideration of Plaintiffs' Motion for Clarification,

IT IS ORDERED that the motion is hereby GRANTED.

The Court asks that the briefing be limited to the issues raised in the Complaint, reserving all other issues until after the Court makes its initial ruling.

DATED this _____ day of _____, 2021

_____
Sharon L. Gleason
U.S. District Court Judge

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 22nd day of November, 2021, a true and correct copy of the foregoing was served via the Court's CM/ECF electronic filing system, on the following:

Seth M. Beausang, Asst. U.S. Attorney
Christine Dollerhide, Asst. U.S. Attorney
Jacquelyn A. Traini, Asst. U.S. Attorney
U.S. Attorney's Office
seth.beausang@usdoj.gov
christine.dollerhide@usdoj.gov
jackie.traini@usdoj.gov

BIRCH HORTON BITTNER & CHEROT

By: /s/ David Karl Gross

KLOOSTERBOER V. UNITED STATES OF AMERICA, ET AL.  CASE NO. 3:21-cv-00198 (SLG)
ORDER GRANTING MOTION FOR CLARIFICATION  PAGE 2 OF 2
01145476.DOCX

Case 3:21-cv-00198-SLG   Document 109-1   Filed 11/22/21   Page 2 of 2