# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KLOOSTERBOER INTERNATIONAL FORWARDING LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants. | Case No. 3:21-cv-00198-SLG |

## ORDER RE LINEAGE LOGISTICS HOLDINGS, LLC'S MOTION FOR LEAVE TO FILE AMICUS BRIEF IN SUPPORT OF PLAINTIFFS

Before the Court at Docket 124 is *Lineage Logistics Holdings, LLC's Motion for Leave to File Amicus Brief in Support of Plaintiffs.* Plaintiffs did not file a response to the motion. Defendants filed a response in opposition to the motion at Docket 143. Lineage Logistics Holdings, LLC ("Lineage") filed a reply in support of the motion at Docket 149.

Good cause being shown, IT IS ORDERED that the motion is GRANTED. The Court will consider the proposed Amicus Brief at Docket 124-1, together with Defendants' response and Lineage's reply to the motion.

DATED this 7th day of February, 2022 at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE