S. LANE TUCKER
United States Attorney

SIOBHAN MCINTYRE
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: Siobhan.McIntyre@usdoj.gov

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KLOOSTERBOER INTERNATIONAL FORWARDING LLC and ALASKA REEFER MANAGEMENT LLC,<br><br>                Plaintiffs,<br>vs.<br><br>UNITED STATES OF AMERICA, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. CUSTOMS AND BORDER PROTECTION, and TROY A. MILLER, U.S. Customs and Border Protection Acting Commissioner, in his official capacity,<br><br>                Defendants. | Case No. 3:21-cv-00198 SLG |

**SUBSTITUTION OF COUNSEL AND DISCONTINUATION OF SERVICE**

Please take notice that Jacquelyn A. Traini is no longer a counsel of record on behalf of the Defendant, in the above-entitled matter and requests discontinuation of electronic service. Copies of all pleadings should now be directed to Assistant U.S. Attorney, Siobhan McIntyre.

        SIOBHAN A. MCINTYRE
        Assistant U.S. Attorney
        Federal Building & U.S. Courthouse
        222 West Seventh Avenue, #9, Room 253
        Anchorage, Alaska 99513-7567
        Phone: (907) 271-5071
        Fax: (907) 271-2344
        Email: Siobhan.McIntyre@usdoj.gov

RESPECTFULLY SUBMITTED on May 23, 2022, in Anchorage, Alaska.

        S. LANE TUCKER
        United States Attorney


        s/ Siobhan A. McIntyre
        Assistant U.S. Attorney
        United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2022,
a copy of the foregoing was served electronically on:

David Karl Gross, ABA #9611065
Edward E. McNally, ABA #9203003
Marc E. Kasowitz *(Pro Hac Vice)*
David J. Abrams *(Pro Hac Vice)*
David E. Ross *(Pro Hac Vice)*
Hector Torres (Pro Hac Vice)
Kim Conroy *(Pro Hac Vice)*
Attorneys for Plaintiffs

s/ Siobhan A. McIntyre
Office of the U.S. Attorney

*Kloosterboer v. United States, et al.*
Case No. 3:21-cv-00198-SLG            3