IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KLOOSTERBOER INTERNATIONAL FORWARDING LLC and ALASKA REEFER MANAGEMENT LLC,<br><br>Plaintiffs,<br>vs.<br><br>UNITED STATES OF AMERICA, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. CUSTOMS AND BORDER PROTECTION, and TROY A. MILLER, U.S. Customs and Border Protection Acting Commissioner, in his official capacity,<br><br>Defendants. | Case No. 3:21-cv-00198-SLG<br><br>**[PROPOSED] ORDER GRANTING THE UNITED STATES' MOTION TO DISSOLVE THE COURT'S INJUNCTION AS TO PLAINTIFFS' ONGOING USE OF THE BCR ROUTE** |

AND NOW, this _____ day of _____, 2022, upon consideration of the United States' Motion to Dissolve the Court's Injunction as to Plaintiffs' Ongoing Use of the BCR Route, and all documents filed in support thereof and opposition thereto, it is hereby ORDERED that the Motion to Dissolve is GRANTED. It is further ORDERED that the Court's injunction at Dkt. 95 is DISSOLVED in part, such that Defendants are no longer enjoined from issuing or enforcing any new Notices of Penalty against any person for any alleged violations of the Jones Act relating to the transportation of seafood products from Alaska to U.S. destinations via the BCR Route after the date of

this order.

IT IS SO ORDERED.

                                                            _____
Sharon L. Gleason
Chief United States District Judge

Kloosterboer v. United States, et al.
Case No. 3:21-cv-00198-SLG   Page 2 of 2