IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KLOOSTERBOER INTERNATIONAL FORWARDING LLC and ALASKA REEFER MANAGEMENT LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. CUSTOMS AND BORDER PROTECTION, and TROY A. MILLER, U.S. Customs and Border Protection Acting Commissioner, in his official capacity,<br><br>Defendants. | Case No. 3:21-cv-00198-SLG |

**[PROPOSED] ORDER GRANTING THE UNITED STATES' MOTION TO BIFURCATE TRIAL**

AND NOW, this _____ day of _____, 2022, upon consideration of the United States' Motion to Bifurcate Trial, and all documents filed in support thereof and opposition thereto, it is hereby ORDERED that the Motion to Bifurcate is GRANTED. It is further ORDERED that the Court will first proceed by bench trial to address the second aspect of Count III in Plaintiffs' complaint for equitable relief regarding whether and to what extent CBP accorded "treatment" to

transactions involving merchandise transported over the BCR Route and, therefore, may be barred from assessing penalties for Plaintiffs' use of the BCR Route during the time Plaintiffs failed to have a rate tariff on file with the STB. Following a ruling on this first issue, the Court will then, if necessary, schedule a separate trial to address the United States' claim for penalties.

IT IS SO ORDERED.

_____        _____
Dated                                             Sharon L. Gleason
                                                        Chief United States District Judge