IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KLOOSTERBOER INTERNATIONAL FORWARDING LLC and ALASKA REEFER MANAGEMENT LLC,<br><br>        Plaintiffs,<br>vs.<br><br>UNITED STATES OF AMERICA, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. CUSTOMS AND BORDER PROTECTION, and TROY A. MILLER, U.S. Customs and Border Protection Acting Commissioner, in his official capacity,<br><br>        Defendants. | Case No. 3:21-cv-00198-SLG |

**[PROPOSED]ORDER GRANTING UNITED STATES' MOTION FOR RECONSIDERATION**

The United States moved for reconsideration of the Court's clarification at Dkt. 178. It is hereby ORDERED that the motion is GRANTED.

IT IS SO ORDERED.

DATED this __ day of _____, 2022 at Anchorage, Alaska.

                                                          _____
                                                          Sharon L. Gleason
                                                          United States District Judge