**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

KLOOSTERBOER INTERNATIONAL
FORWARDING LLC, *et al.*,

    Plaintiffs,

v.

UNITED STATES OF AMERICA, *et al.*,

    Defendants.

Case No. 3:21-cv-00198-SLG

### REQUEST FOR RESPONSE TO DEFENDANTS' MOTION FOR RECONSIDERATION

Pursuant to Local Civil Rule 7.3(h)(3), the Court requests that Plaintiffs file a response to Defendants' motion for reconsideration[1] **within 7 days of the date of this order**.

DATED this 19th day of July, 2022, at Anchorage, Alaska.

                                                  */s/ Sharon L. Gleason*
                                                 UNITED STATES DISTRICT JUDGE

---

[1] Docket 181.