# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KLOOSTERBOER INTERNATIONAL FORWARDING, LLC, *et al.*,<br><br>      Plaintiffs,<br><br>      v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>      Defendants. | Case No. 3:21-cv-00198-SLG |

## ORDER RE UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINES AND SCHEDULING CONFERENCE

Before the Court at Docket 192 is Defendant United States of America's Unopposed Motion to Extend Discovery Deadlines and Scheduling Conference. There is no longer need for an expedited discovery timeline in the above-captioned matter, and the parties anticipate that discovery in this matter—in particular, eDiscovery and depositions—will require a more protracted schedule. The motion is hereby GRANTED. The deadlines are as set out below:

| DESCRIPTION | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Final Discovery Witness List | September 16, 2022 | April 12, 2023 |
| Close of Fact Discovery | October 31, 2022 | May 26, 2023 |
| Motions Under the Discovery Rules | November 7, 2022 | June 9, 2023 |

At the parties' request, the telephonic Status Conference on August 19, 2022 is hereby VACATED and rescheduled to **September 1, 2022 at 11:00 a.m.** All parties shall participate telephonically by dialing 571-353-2301 (Call ID 020262828, Pin 487051) approximately five minutes before the scheduled hearing time.

DATED this 15th day of August, 2022, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:21-cv-00198-SLG, *Kloosterboer, et al. v. USA, et al.*
Order re Unopposed Motion to Extend Discovery Deadlines and Scheduling Conference
Page 2 of 2
Case 3:21-cv-00198-SLG   Document 193   Filed 08/15/22   Page 2 of 2