# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KLOOSTERBOER INTERNATIONAL FORWARDING, LLC, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Defendants. <br><br> UNITED STATES OF AMERICA, *et al.*, <br><br> Counter Claimants, <br><br> v. <br><br> KLOOSTERBOER, *et al.*, <br><br> Counter Defendants. | Case No. 3:21-cv-00198-SLG |

## ORDER RE UNOPPOSED MOTION TO EXTEND DISCOVERY DEADLINES

Before the Court at Docket 204 is Defendant United States of America's *Unopposed Motion to Extend Discovery Deadlines*. Upon due consideration, the motion is GRANTED. IT IS ORDERED that discovery deadlines are amended as set out below:

| Description | New Deadline |
|---|---|
| Defendants to Make Initial ESI Production | 5/1/2023 |
| Defendants to Substantially Complete ESI Production | 8/15/2023 |

| Final Discovery Witness List | 10/12/2023 |
|---|---|
| Close of Fact Discovery | 11/17/2023 |
| Expert Disclosures (reports) | 12/8/2023 |
| Motions Under the Discovery Rules | 12/15/2023 |
| Rebuttal Reports | 1/12/2024 |
| Close of Expert Discovery | 2/12/2024 |

DATED this 14th day of April, 2023, at Anchorage, Alaska.

/s/ *Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:21-cv-00198-SLG, *Kloosterboer, et al. v. U.S.A., et al.*
Order re Unopposed Motion to Extend Discovery Deadlines
Page 2 of 2

Case 3:21-cv-00198-SLG   Document 206   Filed 04/14/23   Page 2 of 2