S. LANE TUCKER
United States Attorney

SIOBHAN MCINTYRE
DUSTIN M. GLAZIER
Assistant U.S. Attorneys
U.S. Attorney's Office, District of Alaska
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Rm. 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
E-mail: Siobhan.McIntyre@usdoj.gov
E-mail: Dustin.Glazier@usdoj.gov

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KLOOSTERBOER INTERNATIONAL FORWARDING LLC and ALASKA REEFER MANAGEMENT LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. CUSTOMS AND BORDER PROTECTION, and TROY A. MILLER, U.S. Customs and Border Protection Acting Commissioner, in his official capacity,<br><br>Defendants. | Case No. 3:21-cv-00198-SLG |

**NOTICE OF SETTLEMENT AND JOINT STIPULATION TO STAY**

The parties, through counsel, notify the Court that the parties have reached a negotiated settlement of the claims asserted by Plaintiffs in this action. The parties jointly stipulate to stay all discovery deadlines by 90 days while the parties prepare and finalize the settlement agreement.

RESPECTFULLY SUBMITTED this 19th day of July 2023, in Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

s/ Siobhan McIntyre
Assistant U.S. Attorney
United States of America

s/ Dustin M. Glazier
Assistant U.S. Attorney
United States of America

Birch Horton Bittner & Cherot

s/ David Karl Gross (w/consent)
Attorney for Plaintiffs

Kloosterboer v. United States, et al.
Case No. 3:21-cv-00198-SLG         2

Case 3:21-cv-00198-SLG   Document 207   Filed 07/19/23   Page 2 of 3

**CERTIFICATE OF SERVICE**
I hereby certify that on July 19, 2023,
a copy of the foregoing was served electronically on:

David Karl Gross, ABA #9611065
Edward E. McNally, ABA #9203003
Marc E. Kasowitz *(Pro Hac Vice)*
David J. Abrams *(Pro Hac Vice)*
David E. Ross *(Pro Hac Vice)*
Hector Torres (Pro Hac Vice)
Kim Conroy *(Pro Hac Vice)*
Attorneys for Plaintiffs

s/ Siobhan McIntyre
Office of the U.S. Attorney

Kloosterboer v. United States, et al.
Case No. 3:21-cv-00198-SLG     3