# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KLOOSTERBOER INTERNATIONAL FORWARDING, LLC, *et al.*,<br><br>      Plaintiffs,<br><br>      v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>      Defendants. | Case No. 3:21-cv-00198-SLG |
| UNITED STATES OF AMERICA, *et al.*,<br><br>      Counter Claimants,<br><br>      v.<br><br>KLOOSTERBOER, *et al.*,<br><br>      Counter Defendants. | |

## ORDER RE STATUS REPORTS AND REQUEST FOR ADDITIONAL STAY

The Court has reviewed *Plaintiffs' Status Report* at Docket 212 and *Defendants' Status Reports* at Dockets 213 and 214. Upon due consideration, the Court GRANTS Defendants' request for an additional stay to complete the settlement process in this matter. IT IS ORDERED that the stay of all deadlines in this case is extended to January 4, 2024. Defendants shall file an updated report

on the status of approval of the settlement agreement no later than January 4, 2024.

DATED this 7th day of December, 2023, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:21-cv-00198-SLG, *Kloosterboer, et al. v. U.S.A., et al.*
Order re Status Reports and Request for Additional Stay
Page 2 of 2
Case 3:21-cv-00198-SLG   Document 215   Filed 12/07/23   Page 2 of 2