# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KLOOSTERBOER INTERNATIONAL FORWARDING, LLC, *et al.*,<br><br>            Plaintiffs,<br><br>        v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>            Defendants.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>            Counter Claimants,<br><br>        v.<br><br>KLOOSTERBOER, *et al.*,<br><br>            Counter Defendants. | Case No. 3:21-cv-00198-SLG |

## ORDER RE STATUS REPORTS AND REQUEST FOR ADDITIONAL STAY

The Court has reviewed Defendants' *Status Report* at Docket 216 and *Plaintiffs' Response to Defendants' January 4, 2024 Status Report* at Docket 217. Upon due consideration, the Court GRANTS Defendants' request for an additional stay to complete the settlement process in this matter as follows: IT IS ORDERED that the Stay of all deadlines in this case is extended to February 5, 2024. However, no additional stays will be granted in this matter absent a showing of exceptional

circumstances beyond that date. If case closing documents are not filed by February 5, 2024, the Court intends to promptly thereafter schedule a hearing to show cause.

DATED this 9th day of January, 2024.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:21-cv-00198-SLG, *Kloosterboer, et al. v. U.S.A., et al.*
Order re Status Reports and Request for Additional Stay
Page 2 of 2
Case 3:21-cv-00198-SLG   Document 218   Filed 01/09/24   Page 2 of 2