David Karl Gross, ABA #9611065
Birch Horton Bittner & Cherot
510 L Street, Suite 700
Anchorage, AK 99501
Telephone: 907.276.1550
dgross@bhb.com

Edward E. McNally, ABA #9203003
Marc E. Kasowitz *(Pro Hac Vice)*
Hector Torres (*Pro Hac Vice*)
David J. Abrams *(Pro Hac Vice)*
Kim Conroy *(Pro Hac Vice)*
David E. Ross (*Pro Hac Vice*)
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
Telephone: 212.506.1700
emcnally@kasowitz.com
mkasowitz@kasowitz.com
htorres@kasowitz.com
dabrams@kasowitz.com
kconroy@kasowitz.com
dross@kasowitz.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KLOOSTERBOER INTERNATIONAL FORWARDING LLC and ALASKA REEFER MANAGEMENT LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> U.S.A., U.S. DEPT. OF HOMELAND SECURITY, U.S. CUSTOMS AND BORDER PROTECTION, and TROY A. MILLER, Acting Commissioner, <br><br> Defendants. | Case No.: 3:21-cv-00198 (SLG) |

## **STIPULATION FOR DISMISSAL**

COME now the parties, by and through their respective counsel of record, and hereby stipulate and agree to the dismissal of this litigation, with prejudice, with each party to bear their own respective attorneys' fees, costs and expenses. This Stipulation is appropriately granted because the parties have entered into a settlement agreement resolving all claims and counterclaims asserted in this litigation.

DATED this the 5th day of February, 2024.

>BIRCH HORTON BITTNER & CHEROT
>
>By: */s/ David Karl Gross*
>     David Karl Gross, ABA #9611065
>
>KASOWITZ BENSON TORRES LLP
>
>Edward E. McNally, ABA #9203003
>Marc E. Kasowitz (*Pro Hac Vice*)
>Hector Torres (*Pro Hac Vice*)
>David J. Abrams (*Pro Hac Vice*)
>Kim Conroy (*Pro Hac Vice*)
>David E. Ross (*Pro Hac Vice*)
>
>*Attorneys for Plaintiffs*

DATED this the 5th day of February, 2024.

>U.S. ATTORNEY'S OFFICE
>
>By: */s/ Dustin M. Glazier*
>     S. Lane Tucker, U.S. Attorney
>     Dustin M. Glazier, Asst. U.S. Attorney
>
>*Attorneys for Defendants*

The undersigned hereby certifies that on the 5th day of February, 2024, a true and correct copy of the foregoing was served via the Court's CM/ECF electronic filing system, on the following:

Dustin M. Glazier, Asst. U.S. Attorney
U.S. Attorney's Office
dustin.glazier@usdoj.gov

BIRCH HORTON BITTNER & CHEROT

By: */s/ David Karl Gross*
David Karl Gross, ABA #9611065