# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| KLOOSTERBOER INTERNATIONAL FORWARDING, LLC, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　Defendants.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>　　　　Counter Claimants,<br><br>　　v.<br><br>KLOOSTERBOER, *et al.*,<br><br>　　　　Counter Defendants. | Case No. 3:21-cv-00198-SLG |

## ORDER APPROVING STIPULATION FOR DISMISSAL

THIS MATTER, having come before the Court on the parties' stipulation at Docket 219, it is hereby

ORDERED that this case is dismissed, with prejudice, with each party to bear their own attorneys' fees, costs and expenses.

DATED this 8th day of February, 2024, at Anchorage, Alaska.

　　　　　　　　　　　　　　　　*/s/ Sharon L. Gleason*
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE